IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN JOSEPH STOLTIE, | 2:08-CV-01885-RRC |
| Plaintiff, | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT** |
| vs. | |
| J. PAULSEN, et al., | |
| Defendants. | |

Plaintiff's Motion for Extension of Time to File Second Amended Complaint, filed October 13, 2009, is GRANTED. Any such filing is now due on or before December 10, 2009.

DATED: October 15, 2009.

    / s / Richard R. Clifton
RICHARD R. CLIFTON
UNITED STATES CIRCUIT JUDGE

- 1 -