IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN JOSEPH STOLTIE, | 2:08-CV-01885-RRC |
| Plaintiff, | **ORDER GRANTING THIRD MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT** |
| vs. | |
| J. PAULSEN, et al., | |
| Defendants. | |

Plaintiff's third Motion for Extension of Time to File Second Amended Complaint, filed January 25, 2010, is GRANTED. Any such filing is now due on or before April 23, 2010.

DATED: March 10, 2010.

/ s / Richard R. Clifton
RICHARD R. CLIFTON
UNITED STATES CIRCUIT JUDGE

- 1 -